(1)

In The United States District Court for The **Northern** District of Alabama

Cory L. Ellis
<u>Plaintiffs (s)</u>

v.

1. St. Clair Co. Sheriff's Office
2. Karen Thompson
3.
4.

Name of persons who violated your constitutional rights

Civil Action No. _____

(To be supplied by clerk of U.S. District Court)

CV-17-HA-0422-M

## Civil Rights Complaint Form

I. Previous Lawsuits

A. Have you begun other lawsuits in state or Federal Court dealing with same or similar facts involved in this action? Yes ( ) No (✓)

B. Have you begun other lawsuits in state or Federal Court relating to your imprisonment? Yes (✓) No ( )

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit describe the additional lawsuits on another piece of paper, using the same outline.)

  1. Parties to this previous lawsuit: "see index cards"
     Plaintiff (s) _____
     
     Defendant (s) _____

  2. Court (if Federal court, name district? if state court, name the county) Middle and Northern

3. Docket number _____

4. Name of Judge to whom case was assigned _____

5. Disposition (for examples was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of Present Confinement St. Clair Co. Jail (Ashville)

Place of Institution where Incident occurred
St. Clair County Jail (Ashville)

III. Name and Address of Individual(s) you Allege Violated your Constitutional Rights.

NAME
1. St. Clair Co Sheriff's office
2. Karen Thompson
3.
4.

Address
1. 48 6th street Suite 30(
   Ashville, Al 35953
2. "

IV. The Date upon which said violation occurred 3-3-2017

V. State Briefly the Grounds on which you Base your Allegatio: That your Constitutional Rights are being Violated:
~~really~~ Illegally opening my Legal Mail

③

State Briefly the Facts which support This Ground. (State as best you can the time, place and manner and person involved) I recived my legal mail on March 3, 2017 From Mrs. Susan on 2nd shift around 6:00pm already open. She and Mrs. P. Farmer (shift Supervior) are my witnesses. I was told that my mail came from the Sheriff's office alrealy open, I wasnt present.

Ground Two: Violated Confidentiallity Rights.

Supporting Facts: This is info. my Attonery and I plus, courts' share. No one else.

Ground Three: _____

Supporting Facts: _____

(4)

VI. State Briefly Exactly what you want the Court to Do For you. Make No Legal Argument. Cite No Cases or Statutes. "Justice": $20,000

*Cory Ellis*
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3-10-2017
                  date

*Cory Ellis*
Signature of Plaintiff(s)

(1). Pending Lawsuits'

| Plaintiff | Defendants |
|---|---|
| Cory L. Ellis, | v. SGT. Latema Harrell, et al. |

Case # 2:17-cv-00053-WKW-GMB

~~Documented~~ Filed 1-30-17

(Middle District)

Judge Gray M. Borden.

Pending Lawsuit

<u>Plaintiff</u>           <u>Defendant</u>
Cory L. Ellis  V.  Judge Phil K. Seay

Case # 7:17-cv-00226-AKK-JHE

Filed 2-16-17

(Northern District)

Judge John H. England, III