# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| CORY L. ELLIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:17-cv-00422-MHH-JHE |
| ST. CLAIR COUNTY SHERIFF'S OFFICE, et al., | ) ) ) ) |
| Defendants. | ) ) |

## ORDER OF DISMISSAL

On April 25, 2017, the magistrate judge ordered plaintiff Cory L. Ellis to pay an initial partial filing fee of $2.00 within fifteen days. (Doc. 8). The magistrate judge advised Mr. Ellis that failure to comply within the time prescribed would result in dismissal of this action without further notice. (*Id.*). More than fifteen days have passed, and Mr. Ellis has not complied with or otherwise responded to the magistrate judge's order. Accordingly, the court **ORDERS** that this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

For information regarding the cost of appeal, see the attached notice.

**DONE** and **ORDERED** this May 23, 2017.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE

**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith                                                  In Replying Give Number
  Clerk of Court                                                of Case and Names of Parties

**NOTICE TO PRISONERS CONCERNING CIVIL APPEALS**

The Prison Litigation Reform Act of 1995 (effective April 26, 1996) now **REQUIRES** that <u>all</u> prisoners pay the Court's $500 docket fee plus $5 filing fee (for a total of $505) when appealing any civil judgment.

If you wish to appeal in a civil case that Act now **requires** that upon filing a notice of appeal you *either*:

    (1) Pay the total $505 fee to the clerk of the district court from which this case arose; *or*

    (2) arrange to have a prison official certify to the district court from which the appeal arose the <u>average</u> monthly deposits and balances in your prison account for each of the six months preceding the filing of a notice of appeal.

If you proceed with option (2) above, the Act requires that the district court order you to pay an *initial partial fee* of at least 20% of the **greater** of either the <u>average</u> monthly deposits or of the <u>average</u> monthly balances shown in your prison account. The remainder of the total $505 fee will thereafter be deducted from your prison account each month that your account balance exceeds $10. Each such monthly deduction shall equal 20% of all deposits to your prison account during the previous month, until the total $505 fee is paid. (If your prison account statement shows that you cannot pay even the required *initial partial fee*, your appeal may nevertheless proceed, BUT THE TOTAL $505 FEE WILL BE ASSESSED AGAINST AND WILL BE DEDUCTED FROM FUTURE DEPOSITS TO YOUR PRISON ACCOUNT.)

Fees are not refundable, regardless of outcome, and deductions from your prison account will continue until the total $505 fee is collected, even if an appeal is unsuccessful.

                                            David J. Smith
                                              Clerk of Court

PLRA Notice